

**CORPORATE CREATIONS®**
Registered Agent • Director • Incorporation

Corporate Creations Network Inc.
11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410

January 9, 2019

White Castle System, Inc.
Patti A. Lambert Sr. Legal Assistant
White Castle System, Inc.
555 W. Goodale St.
COLUMBUS OH 43215

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s). ALL information should be verified by you.

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

Item: 2019-1

| # | Field | Value |
|---|---|---|
| 1. | Client Entity: | White Castle System, Inc. |
| 2. | Title of Action: | Steven Hess vs. White Castle System, Inc. d/b/a White Castle |
| 3. | Document(s) Served: | Summons Copy / Complaint / Affidavit |
| 4. | Court/Agency: | St. Clair County Twentieth Judicial Circuit Court |
| 5. | State Served: | Illinois |
| 6. | Case Number: | 18L0787 |
| 7. | Case Type: | Negligence/Personal Injury |
| 8. | Method of Service: | Hand Delivered |
| 9. | Date Received: | Tuesday 1/8/2019 |
| 10. | Date to Client: | Wednesday 1/09/2019 |
| 11. | # Days When Answer Due: | 30 |
|    | Answer Due Date: | 2/7/2019 |
| 12. | SOP Sender: (Name, City, State, and Phone Number) | Matthew P. Young / Belleville, IL / 618-277-7260 |
| 13. | Shipped to Client By: | Email Only with PDF Link |
| 14. | Tracking Number: | Not Applicable |
| 15. | Handled By: | 141 |
| 16. | Notes: | None |

CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of service in their records matches the Date Received.

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

11380 Prosperity Farms Road #221E, Palm Beach Gardens, FL 33410   Tel: (561) 694-8107   Fax:
www.CorporateCreations.com

**EXHIBIT**
A

# CIRCUIT COURT FOR THE 20TH JUDICIAL CIRCUIT

State of Illinois ) S.S.
County of St. Clair )

Case Number **18L0787**

Amount Claimed **>$50,000**

| STEVEN HESS | WHITE CASTLE SYSTEM, INC. d/b/a WHITE CASTLE |
|---|---|
| Plaintiff(s) | Defendant(s) |

VS

Classification Prefix _____ Code _____   Nature of Action _____ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. Matthew P. Young   Code _____
Address 23 South 1st Street
City Belleville, IL 62220   Phone 277-7260
Add. Pltf. Atty. _____   Code _____

NAME Corporate Creations Network, Inc.

ADDRESS 350 S. Northwest Highway 300

## SUMMONS COPY

To the above named defendant(s) . . . . . . :

CITY & STATE Park Ridge, IL 60068

☐ A. You are hereby summoned and required to appear before this court at
(court location) _____ at _____ M. On _____ 20__
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☑ B. You are summoned and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment of decree by default may be taken against you for the relief prayed in the complaint.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

**TO THE OFFICER:**
This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 20__

SEAL

BY DEPUTY: _____ MYRTLE SHANNON   12/11/2018

DATE OF SERVICE: _____ 20__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) – (Individual defendants – personal):
By leaving a copy of the summons and a copy of the complaint with each individual defendant personally as follows:

| Name of defendant | Date of service |
|---|---|
| | |
| | |
| | |

(b) - (Individual defendants - abode):
By leaving a copy of the summons and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

(c) - Corporation defendants):
By leaving a copy of the summons and a copy of the complaint with the registered agent office, or agent of each defendant corporation as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
| | | |
| | | |
| | | |

(d) - (Other service):

```
          SHERIFF'S FEES
Service and return _____ $
Miles _____ $
Total _____ $

Sheriff of _____ County
```

_____, Sheriff of _____ County

_____, Deputy

Electronically Filed
Kahalah A. Clay
Circuit Clerk
MYRTLE SHANNON
18L0787
St. Clair County
12/6/2018 3:37 PM
3128324

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

STEVEN HESS, )
)
Plaintiffs )
)
vs. ) Case No. 18L0787
)
WHITE CASTLE SYSTEM, INC. )
d/b/a WHITE )
CASTLE )
)
Defendant. )

Serve at:
Corporate Creations Network, Inc.   White Castle
350 S. Northwest Highway #300       ATTN: Manager
Park Ridge, IL 60068                10849 Lincoln Trail
                                    Fairview Heights, IL 62208

## COMPLAINT

COMES NOW, Plaintiff Steven Hess, by and through his attorney, Matthew P. Young of Kuehn, Beasley & Young, P.C. and for his Complaint against White Castle System, Inc. d/b/a White Castle (hereinafter White Castle) states as follows:

1. At all relevant times, Plaintiff was a resident of Williamson County, Illinois.

2. At all relevant times, Defendant was an Ohio Corporation, authorized to transact business in the State of Illinois, has a restaurant in St. Clair County, Illinois, and was operating a business in St. Clair County, Illinois.

3. On or about January 14, 2017, Plaintiff was an invitee on defendant's premises located at 10849 Lincoln Trail in Fairview Heights, IL 62208, which is open to the public.

4. While exiting the restaurant, Plaintiff slipped and fell on ice that had previously fallen, melted and refroze near the entrance to the store that plaintiff did not know was there, and had no reason to know was there.

5. Defendant, through its employees, agents, or representatives, caused the snow and ice to not be in its natural accumulated state by treating the snow and ice with chemicals, by having a roof that allowed for the unnatural accumulation to form near the exit to the building, that caused the snow and ice to melt and refreeze at the location where plaintiff fell.

6. Defendant, through its employees, was responsible for the ice being on the ground in the condition in which the ice was in at the time of the fall.

7. The condition of the exit to the restaurant was in such a condition as to allow hazards to be present near the entrance in that the ground was uneven and specifically had a depression that allowed ice to accumulate.

8. There was ice on the ground in front of the exit that formed in the aforementioned condition that Plaintiff was not aware of.

9. This ice accumulated unnaturally in that the condition of the ground near the exit allowed for an unnatural accumulation of ice to form.

10. Defendant, through its employees, knew the ice was on the ground to the exit prior to the fall, and a manager stated that employees were told to previously clean up the unsafe condition but had not done so at the time plaintiff fell.

2

11. By failing to adhere to the manager's mandate to clean up the unsafe condition, defendant increased the risk of harm to plaintiff.

12. At all times leading up to the fall, one of defendant's employees was stationed near the area of ice on the ground, and through the exercise of ordinary care, its presence should have been discovered and made safe.

13. At all relevant times, Defendant had a duty to exercise reasonable care in the maintenance and operation of its premises so as to provide its patrons with a reasonably safe environment.

14. That at the above mentioned time and place, Defendant was negligent in one or more of the following ways:

    a. Failed to provide a safe means of ingress and egress from its establishment;

    b. Failed to warn the Plaintiff of the icy ground;

    c. Negligently and Carelessly failed to clean up the unsafe condition as directed by the employee of defendant'

    d. Failed to warn the plaintiff of the hazardous condition either by signage or other suitable warnings;

    e. Failed to exercise reasonable care in the maintenance of its premises; and

3

     f.     Was otherwise negligent in the maintenance and upkeep of its premises.

15. That as a direct and proximate result of one or more of these negligent acts, Plaintiff was injured.

16. That Plaintiff has suffered, and will suffer in the future, severe injury and pain, lost wages, lost enjoyment of life, pain and suffering and disability as a result of Defendant's negligence.

WHEREFORE, Plaintiff prays for judgment against the defendant, White Castle in an amount greater than FIFTY THOUSAND DOLLARS ($50,000.00), plus costs, and for other relief the Court deems just and proper.

                                                    Respectfully submitted,

                                                    */s/ Matthew P. Young*
                                                    Matthew P. Young #6291110
                                                    Attorney for Plaintiff
                                                    23 South 1st Street
                                                    Belleville, IL 62220
                                                    Phone: (618) 277-7260
                                                    Fax: (618) 277-7718
                                                    mattyoung@kuehnlawfirm.com

Electronically Filed
Kahalah A. Clay
Circuit Clerk
MYRTLE SHANNON
18L0787
St. Clair County
12/6/2018 3:37 PM
3128324

IN THE CIRCUIT COURT
TWENTIETH JUDICIAL CIRCUIT
ST. CLAIR COUNTY, ILLINOIS

STEVEN HESS, )
)
    Plaintiffs )
)
vs. ) Case No. 18L0787
)
WHITE CASTLE SYSTEM, INC. )
d/b/a WHITE )
CASTLE )
)
    Defendant. )

## AFFIDAVIT

This affidavit is made pursuant to Supreme Court Rule 222(b). Under the penalties of perjury as provided by Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the money damages sought by the Plaintiff herein does exceed fifty thousand dollars ($50,000.00).

Respectfully submitted,

/s/ *Matthew P. Young*
Matthew P. Young #6291110
Attorney for Plaintiff
23 South 1st Street
Belleville, IL 62220
Phone: (618) 277-7260
Fax: (618) 277-7718
mattyoung@kuehnlawfirm.com

JAN 0 8 2019

DIE DATE
01/05/2019

DOC.TYPE: LAW
CASE NUMBER: 18L0787
DEFENDANT
WHITE CASTLE SYSTEM INC
350 S NORTHWEST HWY
PARK RIDGE, IL 60068
300

SERVICE INF
CORP CREA

ATTACHED