IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN HESS, | ) |
| Plaintiff, | ) |
| v. | ) |
| WHITE CASTLE SYSTEM INC., d/b/a WHITE CASTLE, | ) Case No. 19-cv-274-RJD |
| Defendant/Third-Party Plaintiff, | ) |
| v. | ) |
| ENVISION FACILITY SOLUTIONS | ) |
| Third-Party Defendant. | ) |

**ORDER**

**DALY, Magistrate Judge:**

The Court held a discovery dispute conference on December 4, 2019 to address the disclosure of Dr. Russell Cantrell. Dr. Cantrell examined Plaintiff and offered a report pursuant to Federal Rule of Civil Procedure 35(b). Plaintiff asserts that Dr. Cantrell must provide additional information under Rule 26(a)(2)(B). Defendant disagrees and contends the additional disclosures are not warranted as Rule 26(a)(2)(C) controls.

Federal Rule of Civil Procedure 26(a)(2)(B) requires witnesses who must provide a written report to provide certain information in their report. Here, Dr. Cantrell was obligated to (and has) provided a written report under Rule 35(b). Moreover, Dr. Cantrell was retained or specially employed to provide expert testimony in this case. Accordingly, the Court finds Plaintiff is entitled to the information set forth in Rule 26(a)(2)(B)(i)-(vi) if Defendant plans to use Dr. Cantrell as a witness at trial. The parties are directed to meet and confer regarding the production

of such information and shall notify the Court if they are unable to resolve any remaining disputes.

**IT IS SO ORDERED.**

**DATED: December 5, 2019**

*s/ Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**